UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 10-10302-RGS

UNITED STATES OF AMERICA

v.

EDMUND LEVINE

MEMORANDUM AND ORDER ON
MOTION TO CORRECT SENTENCE

June 4, 2012

STEARNS, D.J.

After a hearing, and after having obtained and reviewed the relevant portions of the sentencing transcript, it is evident that the court "weighed the progress [Mr. Levine] has made at rehabilitation," in reducing the government's recommendation of a 60-month sentence[1] by subtracting an additional eighteen months, resulting in the 42-month sentence that was imposed. After pronouncing sentence, the court in addressing Mr. Levine, noted that while it "could not] overlook the crime," it has "substantially discounted [the sentence] in recognition of both your rehabilitation efforts and the services you have rendered to the government." Because the sentence imposed accurately reflected the court's intent, the motion is *DENIED* and the judgment entered on May 15, 2012 will stand as issued.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] The 60-month recommendation was one-half the mandatory 120-month sentence that would otherwise have applied.